# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **State of New York, State of California, State of Delaware, State of Illinois, Commonwealth of Massachusetts, State of Minnesota, by and through its Minnesota Pollution Control Agency, State of New Jersey, State of Oregon, Commonwealth of Pennsylvania Department of Environmental Protection, State of Vermont, State of Washington, and the District of Columbia,**<br><br>Petitioners,<br><br>v.<br><br>**E. Scott Pruitt, as Administrator of the Environmental Protection Agency, and the Environmental Protection Agency,**<br><br>Respondents. | 18-1174<br><br>Case No. 18-____ |

## PETITION FOR REVIEW

Pursuant to Federal Rule of Appellate Procedure 15, Circuit Rule 15, and section 307(b) of the Clean Air Act, 42 U.S.C. § 7607(b), New York, California, Delaware, Illinois, Massachusetts, Minnesota (by and through its Minnesota Pollution Control Agency), New Jersey, Oregon, the Commonwealth of Pennsylvania Department of Environmental Protection, Vermont, Washington, and the District of Columbia ("State

Petitioners") petition this Court to review Respondents' final agency action entitled "Protection of Stratospheric Ozone: Notification of Guidance and a Stakeholder Meeting Concerning the Significant New Alternatives Policy (SNAP) Program," 83 Fed. Reg. 18,431 (April 27, 2018). State Petitioners seek a determination by the Court pursuant to section 307(d)(9) of the Clean Air Act, 42 U.S.C. § 7607(d)(9), that this rule is unlawful and must be vacated.

Dated: June 26, 2018

Respectfully submitted,

FOR THE STATE OF NEW YORK

BARBARA D. UNDERWOOD
Attorney General

/s/ Michael J. Myers
_____
MICHAEL J. MYERS
Senior Counsel
MORGAN A. COSTELLO
Chief, Affirmative Litigation
JOSHUA M. TALLENT
Assistant Attorney General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov

| | |
|---|---|
| FOR THE STATE OF CALIFORNIA<br><br>XAVIER BECERRA<br>Attorney General<br><br>/s/ David Zonana<br><br>_____<br>DAVID ZONANA<br>Supervising Deputy Attorney General<br>MEGAN K. HEY<br>Deputy Attorney General<br>California Department of Justice<br>300 S. Spring Street<br>Los Angeles, CA 90013<br>(213) 269-6000 | FOR THE STATE OF ILLINOIS<br><br>LISA MADIGAN<br>Attorney General<br><br>/s/ Daniel I. Rottenberg<br><br>_____<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/Asbestos Litigation Division<br>DANIEL I. ROTTENBERG<br>Assistant Attorney General<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Fl.<br>Chicago, IL 60602<br>(312) 814-3816 |
| FOR THE STATE OF DELAWARE<br><br>MATTHEW DENN<br>Attorney General<br><br>/s/ Valerie S. Edge<br><br>_____<br>VALERIE S. EDGE<br>Deputy Attorney General<br>Delaware Department of Justice<br>102 W. Water Street<br>Dover, DE 19904<br>(302) 739-4636 | FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>MAURA HEALEY<br>Attorney General<br><br>/s/ Megan M. Herzog<br><br>_____<br>CHRISTOPHE COURCHESNE<br>Assistant Attorney General and Chief<br>MEGAN M. HERZOG<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental Protection Div.<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200 |

FOR THE STATE OF MINNESOTA, BY AND THROUGH ITS MINNESOTA POLLUTION CONTROL AGENCY

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

/s/ Max Kieley
_____
MAX KIELEY
Assistant Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
(651) 757-1244


FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

/s/ Lisa J. Morelli
_____
DAVID C. APY
Assistant Attorney General
LISA J. MORELLI
Deputy Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
25 Market Street
Trenton, NJ 08625
(609) 376-2708

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

/s/ Paul Garrahan
_____
PAUL GARRAHAN
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4593


FOR THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

ALEXANDRA C. CHIARUTTINI
Chief Counsel
Pennsylvania Department of Environmental Protection

/s/ Robert A. Reiley
_____
ROBERT A. REILEY
Department of Environmental Protection
Office of Chief Counsel
400 Market Street, 9th Floor
P.O. Box 8464
Harrisburg, PA 17105-8464
(717) 787-7060

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

/s/ Nicholas F. Persampieri
_____
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186


FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

/s/ Katharine G. Shirey
_____
KATHARINE G. SHIREY
Assistant Attorney General
Ecology Division
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6769

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General

/s/ Loren L. AliKhan
_____
LOREN L. ALIKHAN
Solicitor General
Office of the Attorney General for the District of Columbia
441 4th Street, NW, Suite 600 South
Washington, D.C. 20001
(202) 727-6287

# CERTIFICATE OF SERVICE

I hereby certify that pursuant to Circuit Rule 15(a), a copy of the foregoing Petition for Review was served on June 26, 2018 by first class mail, postage prepaid on the following:

E. Scott Pruitt, Administrator
Office of the Administrator (1101A)
Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

Correspondence Control Unit
Office of General Counsel (2311)
Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

Jeff Sessions
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

/s/ Michael J. Myers
_____
MICHAEL J. MYERS